IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19mj 55 |
| ) | |
| JESSICA A. WATSON, ) | |
| ) | |
| *Defendant.* ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JESSICA A. WATSON, was present at Defense Supply Center, Richmond, Virginia, in the Eastern District of Virginia.

2. Defense Supply Center, Richmond, Virginia is property administered by the Department of Defense and is within the special maritime and territorial jurisdiction of the United States and this Court.

## COUNT ONE
(Citation No. 6106880)

On or about January 3, 2019, in the Eastern District of Virginia at Defense Supply Center, Richmond, Virginia, property administered by the Department of Defense, being within the jurisdiction of this Court and within the special territorial jurisdiction of the United States, the defendant, the defendant, JESSICA A. WATSON, knowingly and intentionally possessed marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a)).

G. ZACHARY TERWILLIGER  
UNITED STATES ATTORNEY

By: *[signature]*  
Kenneth R. Simon, Jr.  
Assistant United States Attorney